# United States Court of Appeals
## For the First Circuit

Nos. 14-1582
  14-1631
  14-1715
  17-1317
  17-1729

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS D. RIVERA-CARRASQUILLO, a/k/a Danny KX, a/k/a Danny Vorki;
EDWIN BERNARD ASTACIO-ESPINO, a/k/a Bernard, a/ka Bernal;
RAMÓN LANZA-VÁZQUEZ, a/k/a Ramoncito,

Defendants, Appellants.

---

**ERRATA SHEET**

The opinion of this Court, issued on August 2, 2019, is amended as follows:

On page 28, lines 1-5, replace

A necessary element for a RICO-conspiracy conviction is that "the defendant agree[d] to commit or actually commit[ted] two or more acts of racketeering activity." United States v. Shifman, 124 F.3d 31, 38 (1st Cir. 1997); see also id. at 35 (discussing the other elements).

with

"RICO conspiracy counts 'require[] at least two acts of racketeering activity.'" United States v. Tavares, 844 F.3d 46, 54 (1st Cir. 2016) (quoting 18 U.S.C. § 1961(5)).